Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:12-mj-37-MJS |
| Plaintiff, | MOTION TO DISMISS; AND ORDER THEREON |
| v. | |
| TYLER BERTON HODGDON, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice Citation 1854493 (use of a controlled substance (marijuana)).  The Defendant has completed the terms of a Deferred Entry of Judgment in that he paid a $250 fine, and had no criminal incidents in a 12 month period.

Dated: June 11, 2013              .

/s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park

1

**ORDER**

The Court, having reviewed the above motion to Dismiss Citation 1854493, HEREBY ORDERS AS FOLLOWS:

    Citation 1854493, in case number 6:12-mj-37-MJS, *United States v. Tyler Berton Hodgdon*, is dismissed.


IT IS SO ORDERED.

Dated:   June 11, 2013       /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE